**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Katherine Sara O'Keefe

                                        Plaintiff,

v.                                              Case No.:
                                             1:26–cv–04560

                                             Honorable Andrea R.
                                             Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 7/28/2026. For the reasons stated on the record, Plaintiff's ex parte motion for leave to conduct expedited discovery and electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3) [11] is granted as modified. Enter Order. Plaintiff's request for electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3) is denied without prejudice. Telephonic status hearing set for 9/16/2026 at 9:30 AM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.